No. 76–6340. Cook v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 76–6408. Johnson v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–6432. Lipscomb v. United States. C. A. 6th Cir. Certiorari denied.

No. 76–6442. Holland v. United States. C. A. 10th Cir. Certiorari denied.

No. 76–6452. Leland v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–6464. Regan v. United States. C. A. 4th Cir. Certiorari denied.

No. 76–6538. Huston v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–6562. Arnold et ux. v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–6577. Goudeau v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–6578. Davis v. Alabama. C. A. 5th Cir. Certiorari denied.

No. 76–6582. Shinder v. Appellate Department of the Superior Court, City and County of San Francisco, et al. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 76–6583. Franco v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 76–6587. Seabock et al. v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–6590. Russell v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.